USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-15-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAEL CRUZ, *on behalf of himself and all other persons similarly situated*,

                 Plaintiff,

v.

BOULEVARD BREWING COMPANY,

                 Defendant.

20-CV-1257 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On February 19, 2020, the Court ordered that within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. Dkt. 5. The Court further ordered that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. *Id.* On February 20, 2020, Plaintiff filed an affidavit of service averring that Defendant was served on February 8, 2020. Dkt. 6. However, the parties have not yet filed the joint letter required by the Court's February 19, 2020 Order. The parties shall do so no later than April 22, 2020.

      Additionally, on March 5, 2020, the Court granted Defendant's request for an extension of time to answer until April 3, 2020. Defendant has not yet filed an answer. Unless the parties have reached a settlement in this action, Defendant shall do so no later than April 22, 2020.

SO ORDERED.

Dated:    April 15, 2020
           New York, New York

                                                Ronnie Abrams
                                                United States District Judge